# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**JULIE A. OBEREMBT,**

        **Plaintiff,**

vs.

**C.R. BARD, INC.,**

        **Defendant.**

**8:16CV171**

**ORDER**

The Court has been advised that the parties in the above-captioned matter have settled their claims. Accordingly,

**IT IS ORDERED**:

1. On or before **August 25, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

**Dated this 26th day of July, 2017.**

        **BY THE COURT:**

        **s/ Michael D. Nelson**
        **United States Magistrate Judge**